# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF PENNSYLVANIA

18-4647

Solomon M Miller

Jennifer Dixon-Miller

*(In the space above enter the full name(s) of the plaintiff(s).)*

- against -

Flagship Credit Acceptance   Michael C Ritter

Askes Auto Tustle

**COMPLAINT**

Jury Trial: ☒ Yes ☐ No

(check one)

FILED
NOV 01 2018
KATE BARKMAN, Clerk
_____ Dep. Clerk

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

## I. Parties in this complaint:

A. List your name, address and telephone number. If you are presently in custody, include your identification number and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

| | | |
|---|---|---|
| Plaintiff | Name | Solomon M Miller/ Jennifer Dixon-Miller |
| | Street Address | 5357 Belfield Avenue |
| | County, City | Philadelphia |
| | State & Zip Code | Pa 19144 |
| | Telephone Number | (267) 226-4783 (267) 259-8027 |

Rev 10/2009



B. List all defendants. You should state the full name of the defendants, even if that defendant is a government agency, an organization, a corporation, or an individual. Include the address where each defendant can be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1
Name Michael C Ritter CEO-Flafship Cerdit Accptance
Street Address Po. Box 1419
County, City Chadds Ford
State & Zip Code Pa 19317

Defendant No. 2
Name Turtle-Rolls Auto
Street Address 6547 Frankford Ave
County, City Philadelphia
State & Zip Code Pa 19135

Defendant No. 3
Name
Street Address
County, City
State & Zip Code

Defendant No. 4
Name
Street Address
County, City
State & Zip Code

## II. Basis for Jurisdiction:

Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case involving the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one state sues a citizen of another state and the amount in damages is more than $75,000 is a diversity of citizenship case.

A. What is the basis for federal court jurisdiction? *(check all that apply)*
   * Q  Federal Questions        Q  Diversity of Citizenship

B. If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory or treaty right is at issue? The 1st Amendment Guarantees freedoms concerning religion, expression, assembly and the right to petition to assemble and to petition the government for a redress of grievances

C. If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state(s) of citizenship _____

Defendant(s) state(s) of citizenship _____

## III. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how <u>each</u> of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. Where did the events giving rise to your claim(s) occur? 5357 Belfield Avenue
Philadelphia, Pa 19144

B. What date and approximate time did the events giving rise to your claim(s) occur? Not Sure
We believe it was sometime early morning on October 29, 2018

C. Facts: Mr.Solomon Miller & Miss Jennifer Dixon Miller entered into a fraodulent contract with [What happened to you?] Ross Auto/Flagship Credit Accptance on August 26, 2017 Mr Solomon & Miss Miller had the car/suv a little over a year, they have paid approximately 7,762 dollars. on the Suv. Mr.solomon & Miss Jennifer Dixon-Miller has recently changed the terms of the contract with Flagship Credit Accptance Mr & Miss Miller has Tender Payment to Flagship Credit Accptance for the total Amount ($ 27,390.41). The tender of payment was made on september 16, 2018. Mr. Miller has recently received a letter from Flagship Credit Accptance October 26,2018 stating they will have [Who did what?] to decline my tender of payment as this is a Government Obligation.
In the middel of the night or early morning, they sent someone to take the SUV without our concent.
The money order that was certifed mailed ( 7018 1130 0000 5325 4493) with specific instructions on how to redeem the GOVERNMENT OBLIGATIONS REMITTANCE COUPON and laws of the [Was anyone else involved?] United States is written on the GOVERNMENT OBLIGATIONS REMITTANCE COUPON.

[Who else saw what happened?]

### IV. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received. Intentional emotional stress on my wife and kids

### V. Relief:

State what you want the Court to do for you and the amount of monetary compensation, if any, you are seeking, and the basis for such compensation.
Mr. & Miss Solomon & Jennifer Dixo -Miller is demanding a total discharge of the debt because, Mr & Miss Miller has tendered payment of the total amount and it was received and the terms of the contract was changed and accpted.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this Nov day of _____ 01 , 20 18 .

Signature of Plaintiff _____
Mailing Address  5357 Belfield Avenue
                 Philadelphia
                 Pa 19144
Telephone Number  267-226-4783
Fax Number *(if you have one)*  267-900-5828
E-mail Address  solomon621@gmail.com

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint. Prisoners must also provide their inmate numbers, present place of confinement, and address.

For Prisoners:

I declare under penalty of perjury that on this Nov day of ____01_____, 208____, I am delivering this complaint to prison authorities to be mailed to the Clerk's Office of the United States District Court for the Eastern District of Pennsylvania.

Signature of Plaintiff: _____
Inmate Number _____

11/012018

18-4647

This letter is directed honorable NITZA I QUINONES ALEJANDRO

This is Mr.& Mrs.Solomon Jennifer Dixon-Miller, I'm writing this letter to clarify some errors that was done during the filing of this case. My wife and I live in the same residence, and I am presently unemployed. As stated we have filled two seperate IFP's due to the fact, the clerk has instructed us to due so. As it relates to Mr.Orlando Antonio he is my Limited power of attorney, as he is not an licensed attorney. I'm requesting from the judge to allow Mr. Antonio to substitute on my behalf to argue the facts of my case. He has been handling all of my affairs concerning this issue.

Mr. & Mrs/Solomon & Jennifer Dixon-Miller

By: _____